**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **ROMULO JEREZA,** | |
| Plaintiff, | Master Docket No:   2:18-mn-2873-RMG |
| | This Document relates to: |
| v. | Civil Action No: 2:23-cv-05407-RMG |
| **3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company); et al.** | |
| Defendants. | |

**SUGGESTION OF DEATH UPON THE RECORD AND
MOTION FOR SUBSTITUTION OF PARTY**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 25(a)(1), undersigned counsel for Plaintiff Romulo Jereza gives notice and suggests upon the record the death of Plaintiff Romulo Jereza on September 18, 2024, during the pendency of this action. Mr. Jereza's Death Certificate is attached as Exhibit A. Elenita Tayag Jereza has been appointed as the Personal Representative of the Estate of Romulo Jereza.

Pursuant to Fed. R. Civ. P. 25(a), it is hereby requested that Elenita Tayag Jereza, Personal Representative of the Estate of Romulo Jereza, be substituted in place of "Romulo Jereza" as Plaintiff in this action, so that Decedent's claims survive and the action on his behalf may proceed. The relief requested in this motion is not sought for delay, but so that justice may be done.

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's prior case management orders, Co-Lead Counsel for Plaintiffs has authorized the filing of this motion.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7.02, Plaintiff's counsel has met and conferred with liaison and co-lead counsel for Defendants ("DCC") before the filing of this motion, who have indicated that the DCC does not object to the filing of this motion.

        Respectfully Submitted,

        **RILEY & JACKSON, P.C.**

        */s/ James E. Murrill, Jr.*
        James E. Murrill, Jr. (ASB-4329-A57M)
        Keith Jackson (ASB-7519-J66B)
        Jeremiah Mosley (ASB-0516-M29M)
        RILEY & JACKSON, P.C.
        3530 Independence Dr.
        Birmingham, AL 35209
        Telephone: 205-879-5000
        Facsimile: 205-879-5901

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing to the counsel of record in this cause.

                                        */s/ James E. Murrill, Jr.*
                                        OF COUNSEL

# EXHIBIT A

# COUNTY OF SAN DIEGO

## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS 11 (REV 7/24)

STATE FILE NUMBER: 3202437017170
LOCAL REGISTRATION NUMBER:

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT - FIRST (Given): ROMULO
2. MIDDLE: GAVIOLA
3. LAST (Family): JEREZA
4. DATE OF BIRTH: 01/10/1951
5. AGE Yrs: 73
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: PHILIPPINES
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: X YES
12. MARITAL STATUS/SRDP: MARRIED
7. DATE OF DEATH: 09/18/2024
8. HOUR (24 Hours): 0745
13. EDUCATION - Highest Level/Degree: SOME COLLEGE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: X NO
16. DECEDENT'S RACE: FILIPINO
17. USUAL OCCUPATION: ELECTRICIAN
18. KIND OF BUSINESS OR INDUSTRY: UNITED STATES NAVY
19. YEARS IN OCCUPATION: 20

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 7372 SEAN TAYLOR LN
21. CITY: SAN DIEGO
22. COUNTY/PROVINCE: SAN DIEGO
23. ZIP CODE: 92126
24. YEARS IN COUNTY: 33
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: ELENITA T JEREZA, SPOUSE
27. INFORMANT'S MAILING ADDRESS: 7372 SEAN TAYLOR LN, SAN DIEGO, CA 92126

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP - FIRST: ELENITA
29. MIDDLE: SIMPAO
30. LAST (BIRTH NAME): TAYAG
31. NAME OF PARENT - FIRST: FELIXBERTO
32. MIDDLE: CALDERON
33. LAST (BIRTH NAME): JEREZA
34. BIRTH STATE: PHILIPPINES
35. NAME OF PARENT - FIRST: PACENCIA
36. MIDDLE: GAVIOLA
37. LAST (BIRTH NAME): GAVIOLA
38. BIRTH STATE: PHILIPPINES

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE: 10/05/2024
40. PLACE OF FINAL DISPOSITION: EL CAMINO MEMORIAL PARK, 5600 CARROLL CANYON RD, SAN DIEGO, CA 92121
41. TYPE OF DISPOSITION(S): BURIAL
42. SIGNATURE OF EMBALMER: DIANA FLORES ALCANTAR
43. LICENSE NUMBER: EMB9744
44. NAME OF FUNERAL ESTABLISHMENT: EL CAMINO MEMORIAL - SORRENTO VALLEY
45. LICENSE NUMBER: FD1260
46. SIGNATURE OF LOCAL REGISTRAR: ANKITA S. KADAKIA, M.D.
47. DATE: 09/26/2024

**PLACE OF DEATH**

101. PLACE OF DEATH: UC SAN DIEGO HEALTH LA JOLLA - JACOBS MEDICAL CENTER SULPIZIO CARDIOVASCU
102. IF HOSPITAL, SPECIFY ONE: X IP
104. COUNTY: SAN DIEGO
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 9300 CAMPUS POINT DR
106. CITY: LA JOLLA

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
  (A) IMMEDIATE CAUSE: SEPSIS — DAYS
  (B) BOWEL PERFORATION — DYAS
  (C) SMALL BOWEL OBSTRUCTION — WEEKS
  (D) EXTRAHEPATIC CHOLANGIOCARCINOMA — MNTHS

108. DEATH REPORTED TO CORONER?: X NO
109. BIOPSY PERFORMED?: X NO
110. AUTOPSY PERFORMED?: X NO
111. USED IN DETERMINING CAUSE?: X NO

112. OTHER SIGNIFICANT CONDITIONS: NONE
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NO
113A. DECEDENT PREGNANT IN LAST YEAR?: X NO

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
  Decedent Attended Since (A): 08/08/2024
  Decedent Last Seen Alive (B): 09/18/2024
115. SIGNATURE AND TITLE OF CERTIFIER: JENNA AUDREY KLUBNICK, MD
116. LICENSE NUMBER: A180369
117. DATE: 09/19/2024
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: JENNA KLUBNICK, MD, 9300 CAMPUS POINT DRIVE, LA JOLLA, CA 92037

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: Natural / Accident / Homicide / Suicide / Pending Investigation / Could not be determined
120. INJURED AT WORK?
121. INJURY DATE
122. HOUR (24 Hours)
123. PLACE OF INJURY
124. DESCRIBE HOW INJURY OCCURRED
125. LOCATION OF INJURY
126. SIGNATURE OF CORONER / DEPUTY CORONER
127. DATE
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER

STATE REGISTRAR: A B C D E
FAX AUTH#
CENSUS TRACT

County of San Diego – Health & Human Services Agency – 5560 Overland Avenue. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

DATE ISSUED: 9/27/2024
ANKITA S. KADAKIA, M.D.
REGISTRAR OF VITAL RECORDS
COUNTY OF SAN DIEGO





A004497278